## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## EMPLOYMENT DISCRIMINATION COMPLAINT FOR
## PRO SE LITIGANTS IN ACTIONS FILED UNDER
### 42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
### 29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
### 42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)

Davaríus "Olivia" Cash ,

*(Write the full Name of each Plaintiff
who is filing this complaint. If the
names of all the Plaintiffs cannot fit
in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names.)*

3: 23 cv 02251 -TKW-HTC
420-2022-01883

**v.**

Case No.: ~~420-2022-01883~~
*(To be filled in by the Clerk's Office)*

"Dillard's" DEPT STORE 242

_____,

*(Write the full name of each Defendant
who is being sued. If the names of all
the Defendants cannot fit in the space
above, please write "see attached" in
the space and attach an additional page
with the full list of names.)*

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**

FILED USDC FLND PN   JFJ
JAN 27 '23 PM 2:41

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Olivia CASH

   Address: 6986 Da Lisa Road

   City, State, and Zip Code: Milton, FL 32583

   Telephone: (850) 810-2825 _(Home)_ _____ _(Cell)_

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ _(Home)_ _____ _(Cell)_

   _(Provide this information for any additional Plaintiffs in this case by_

   _attaching an additional page, as needed.)_

B. Defendant(s)

1. Defendant's Name: "DILLARD'S" DEPT STORE 242

   Name of Employer _(if relevant):_ _____

   Address: Dillards headquarts 1600 Cantrell Rd, Little Roch, AA 72201

   Dillards 242 Pensacola Store 5100 N 9th Ave

   City, State, and Zip Code: Pensacola, FLORIDA, 32504

2. Defendant's Name: _____

Name of Employer *(if relevant)*: _____

Address: _____

_____

City, State, and Zip Code: _____

*(Attach a page to provide this information for any additional*

*Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e -

§ 2000e-17 *(race, color, gender, religion, national origin)* **(Note: To bring**

**a federal lawsuit under Title VII, you must first obtain a Notice of Right**

**to Sue letter from the Equal Employment Opportunity Commission.)**

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §

621 to § 634. *(Note: To bring a federal lawsuit under the Age*

*Discrimination in Employment Act, you must first file a charge with the*

*Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C.

§ 12112 to § 12117. *(Note: To bring a federal lawsuit under the A.D.A.,*

*you must first obtain a Notice of Right to Sue letter from the Equal*

*Employment Opportunity Commission.)*

☐ Other Federal Law (*be specific*):_____

_____

☐ Relevant State Law (*specify, if known*):_____

_____

☐ Relevant City or County Law (*specify, if known*): _____

_____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_____

_____

1. I am a transgender woman. I was biologically born a male but identify as a female and use the she/her/hers pronouns. I started working at Respondent on 10/22/2019 as a Sales Associate. When I was hired, I had not yet started my transitioning and still presented as a man. I started transitioning and presenting as a female in October 2021, and that's when the discrimination and harassment started, based on my gender identity.

2. In January 2022, Mr. Arnold, a dock worker, came in the stock room while I was in there. I was wearing  appropriate dress. Arnold told me that I was not a woman and he did not meet me like that. I told him I am a woman. He told me to lift up my dress with all that ass I have and to prove it to him that I was a woman. I was very uncomfortable. His immediate response was "what are you going to do about it?Tell them I sexually assaulted you?" I reported this incident to my Shoe Boss, Julie Stokes, but nothing was done about this. And I have 2 witnesses that I discussed this with that day of the harassment.

3. Another employee Yolanda Lane, started making comments about me being transgender and my transition. She would ask me why I wouldn't just stay a boy, and would tell employees that I was a boy. She also complained to me in full frustration in middle of march about the doc workers not putting the stock on the ground for her knowing that she had just had her surgery in January and how she is trying to recover. She basically blamed me for it, by saying the reason why they are not putting the stock down is because of you!!! Basically because I'm a trans woman and she also told Me Mr.Arnold and others also stated that I should be able to load the heavy boxes because I am just a boy in a dress. Lane was also referring to me by my dead name, (Oscar)Davarius cash when I'm leaving out of the area to other employees harshly with envy and she always had me crying all the time and emotional distress.

4. One day New employee came to me to let me know that a customer was truly upset with her discriminating against me because they over heard Yalonda in another area and told the new employee that I should do something about it. The last week of March, I reported all these incidents of discrimination and harassment to my shoe manager Julie Stokes and how I wanted a private meeting with all the managers first before I talk to corporate, but nothing was done, and I was terminated on 4/11/2022. On 4/11/2022, Regan Pommier and Andrew Blanford were at Respondent. I told that I wanted to speak with them, to tell them about the discrimination and harassment. Pommier told me that she would call me when she was available. I was later called into the office and Pommier and Blanford informed me that they had run an audit and there were multiple fraudulent gift card return purchases and that I was terminated. This is false, and I told them that I didn't do this and then could pull the video recordings and see that I did not make these, but they refused.

5. Also to add I have proof of my work schedules that I emailed to my phone from respondent that I was not even working at respondent that day 2/15/21 when the very first fraudulent activity happened using fraudulent returns gift card 7361 under my name without permission which is illegal and this fraudulent activity has built up 18 transactions on the same fraudulent return gift card 7361 which is completely suspicious to me because I would never do something like this especially to my self. I also did an investigation myself and have proof of who did this and I told  managers that This person had to have done this on me. Before I started my transition I informed my supervisors of my interest to progress in the company Pommier was always very complimentary of me and my work and we would often talk about me advancing in the company.

6. Once I started presenting as Olivia and trying to grow with respondent on a higher level , Pommier no longer wanted me to achieve a management positions, and did everything she could to exclude me. I have proof of this to back me up as well. I was discriminated against and subjected to a hostile work environment because of my gender identity. I was retaliated against by Respondent taking adverse employments actions against me.I was terminated in retaliation for reporting gender identity discrimination and harassment, in violation of Title VII.

Please read and compare my true honesty to the statements of the defendants in this file . The charge file 420-2022-01883.

I was wrongly accused of a fraudulent crime I didn't commit. On April/11/22 I was terminated for inappropriate transactions, suggesting as theft including returns, putting on gift cards through myself. Which I did not do at all or none about. The morning of Monday April 11,22. I told store manager (Reagan Pommier) I wanted to really speak with her and Store manager (Andrew Blandford). I told her that it was very important . Pommier first reminded me the day I was not scheduled which is April,9,22. On that day she was there and she stated that I had an early morning shopper but the problem was that I never received a phone call from my customer so I was not going to make a blank trip on my off day and I told my shoe Manager (Julie Stokes) that if my customer doesn't call me I may not come to work especially working a full week and i deserve to have my day off. On April,8,22 I let my shoe manager julie stokes know this. I explained the reason why I didn't come in that day to Reagan. After that conversation she told me that she would call me when she was available. I was in ladies shoes counting a register for a morning count and Pommier called me about 11:10am to come down to her office. When I went down to Reagans office I'm thinking I will be able to finally discuss discrimination and harassment from a shoe associate (Yalonda Lane)and a doc working (Arnold Green), since the store managers are not scheduled Sunday April,10,22 but where scheduled April,11,22. I just wanted to schedule a big meeting with all my managers first before I talk to Dillards HR department about me being an intersex trans woman going through discrimination and harassment at Dillards store 242 and I informed my shoe Manager (Julie Stokes) about this around the end of march. I wanted to have a private meeting first and I again mentioned this to my shoe Manager  during the second week April and I'm sure the store managers knew all about this especially Reagan. But that did not happen at all, It seems like it was a set up. Going into Reagan office,she tells me to shut the door and take a seat right next to my other boss Andrew Blanford. I see Blanford holding this thick packet of pages and I'm like what's going on? Next thing I know Store Manager Reagan Pommier and store manager Andrew Blanford had a discussion with me about the findings of the fraudulent transaction on a sales audit investigation. I was informed by both of them what was found in the investigation. When I was told about this I was completely shocked and felt very humiliated to the extreme. I denied any of the fraudulent transactions by stating God knows I did not do any of this. I felt completely betrayed!!! I was honest with them and informed them the truth about letting an associate ( Yolonda Lane) use my discount. I also told them she had my AIN number due to the fact we both worked in men shoes department together. Men shoes can get really busy at times with a lot of customers that may be impatient or just walk out of the area with shoes. Reagan personally knows about this and approving using AIN numbers for Men shoes from helping a customer and the customer walking out of the area to go to another register with 100$ shoes that we have help a customer with. Other associates would help us out because men shoes was are only quota, we had to make a sales goal and our commission to be made each day. Every shoe sales counts, to be completely honest . Also to add I believe that  it is a big Dillards violation as a store manager to approve of when only mangers are only supposed to ring are AIN number for us when situations come up like that.  I also stated that  Yalonda is the only person that could have done this because she only always using a gift card and never wanted a Dillards card. She is the only person I have ever let use my discount which is a violation of policy which is understandable.

But I was just being kind because she wanted to get her and grandchildren stuff but I did not do this crime and have proof from looking at my schedules and the receipts. Looking at the very first fraudulent return crime on 2/15/2021 at the full amount on gift card 7361 which is definitely not mines but it's under my name.I was currently not scheduled that day and never came to the store that day either. I was completely unaware of a crime being done under my name which is illegal. That's the first gift card ever been connected to my Dillards discount card which had to be Ms. Lane. It's shocking to do a dirty crime behind my back knowing she's been with Dillards since 1999. She would know how to do this crime. Since Dillards did not do a Proper investigation or could not provide cameras because of 30 days. Dillards allowed the associate to continue to work for them who committed the crime under my name. This associate was going to a regular register to do a full amount of returns and giving a gift card to an employee to put the amount on a gift card for her. That was very sketchy Everyone knows mostly always go to customer service for an employee return or to make sure to get proof of purchase with the yellow tape going across the Dillards bag. I did notice Ms lane never take her thing's up to customer service and I would offer to take her purchase upstairs to customer so she would not get in trouble. But due to the fact she sued Dillards back a time ago she felt not obligated she did not have to take her merchandise to customer service because she stated they see me on camera and I bought it with my own money but in reality she took advantage of me and my kindness behind my back. I have proof with my schedules and the receipts together. Please pay attention to the very first transaction it shows you the register number, the associate that ringing her up, her return purchase, the date and time, the gift card number 7361 and lastly how much was returned to a gift card that I didn't not know about especially if I have my own Dillards discounts card. That gift card had to be done secretly by Ms Lane and she new all about it and she never confessed what crime she did on me. This woman has all together 18 transactions with that same gift card number 7361!!!! And nothing was ever logged in.

Also to add. During the last discussion with the bosses when I was being terminated. Reagan stated that she was so disappointed and that she really thought I was going to make to management and although I seen right through her that she really didn't mean any of it and she preceded that I should sign the reason why I was fired form and I pushed the form back to her and told her I'm so disappointed as well and I will not be signing that form stating I did something I didn't do. I also stated with tears in my eyes only God knows I would never do something like this!!!!

And I'm seriously hurt about all this!!!! my other boss Andrew who was sitting to the left side of me ,gave me a glance as it seem altruistic as if he cared, but my other boss showed that she was wanting me out of there to be completely honest. The last thing she said well Olivia pack up your belongings and let your self out and I wish you will on your journey. As I'm leaving her office with tears in my eyes and I'm going to pack up my belongings in ladies shoes I express my feelings to my shoe boss stating that they fired me about something I did not do. she couldn't do anything but say she was so sorry but it was just a terrible day and I left out the building about 12:30am. Later on that evening at 4:27 pm I get a very harsh discriminative disturbing text message from a Dilllards associate, (Christina Simmons) about me talking about her husband and her. Which is completely not true at all. Someone also told her lies stating that I said that her husband was hitting on me. When I read this message I was completely disgusted and disrespected to the extreme by this!!!!because I would never do this stuff or say any of this stuff. I definitely believe 100% that this drama is coming from Ms Yolanda lane or someone else to

just get people against me. Christina and her husband are old enough to be my parents and Christina was close to my parents back in the day when I was in my mother's womb 1998. This is humiliating and I'm very hurt about everything. It has really put me in emotional stress and embarrassment. Also Ms lane has also talked bad about Christina's husband, Robert Simmons, which is a dock worker, and have always stated every time the dock worker Robert came in men shoes department that his breath smells really bad and have always talk really bad about Christina's too. I would let Ms lane know that she needs to stop being negative about comments that comes out of her mouth and speak positively about people. Please check the discriminative disturbing messages from Christina Simmons in the file I sent through the email.


Also to add to this. Ms Lane informed me at work in the stockroom and complained to me in full frustration in middle of march about the doc workers not putting the stock on the ground for her knowing that she had just had her surgery and how she is trying to recover. She basically blamed me for it, by saying the reason why they are not putting the stock down is because you!!! I ask why would you say that? And who said this? She told me the reason is because they feel that you are Man enough to unload the shoe stock boxes down and the fact that I'm a boy in a dress to them. Some of the the doc workers that she mention was Christina husband Robert and the man that sexually harassed me (Arnold Green). I was very upset to here her tell me this and I was furious because I have been nothing but kind to everyone. So I told my shoe manager Julie Stokes about this late In march. This could be something to do with why Christina Simmons sent me that message. Also In the file both statements from store managers are completely dishonest when I basically told them both who had to have done all of this. Especially The person which (Yolanda lane) had to have initiating transactions involving a gift card using my AIN number. It just wouldn't make any since to tell them one thing and not another, especially something serious like this. Please check both statements in the file.


Before I proceeded to do a lawsuit. On April,12,22 I called Dillards corporate office to get in touch with Dillards HR department. Someone from the department help transfer me to (Tammy Barnes)which is the assistant Risk Manager of Dillards. I told Ms. Barnes all the information about the discrimination, the harassment and that I have been terminated from Dillards for a fraudulent return transaction crime I didn't commit. When I described everything to her, she informed me that instead of my shoe manger knowing about the discrimination and harassment Reagan was supposed discuss that with her District store supervisor, which is (Donna Moye) Reagan district manager. She is over Dillards store 242. When I told Ms Barnes store manager (Reagan Pommier )told me that my shoe manger (Julie Stokes) is supposed to handle all that. Ms Barns stated that not your shoe manger (Julie Stokes) is not supposed to handle that type of situation! But Reagan was supposed to inform her supervisors. To continue, Ms Barnes gave me District supervisor (Donna moye) administrative assistant, Heather Cart contact information to get in touch with Donna. When I called no answer and I left voicemail message stating I need to talk with her. I kept calling and leaving voicemails messages the next days and no one would answer. I stayed by my phone waiting to hear back from her assistant. I didn't receive any phone calls back. So I felt discouraged and I made the decision to make the move to get a attorney because it was a strange.

Before I applied for management. Store manager Reagan Pommier discussed in morning meeting in December 2021 about two position open for management. Which was either fragrance counter management or contemporary management position. When I heard about management being open I was really happy during that time because I was driven already for it. In the very beginning in the same month of December I talk with store manager Reagan and Andrew Blanford about how driving I was about management. I had the abilities to do it and I had management and a Microsoft office specialist certification as my backup before I even came to Dillards. I'm a very quick learner and about business!!!!! I would do whatever it takes to achieve something and I am trendsetter and I definitely can lead in fashion or even go above. Thats already installed in me. I loved Dillards when I was in that moment and still have customers I could call and they can even let you know how well I've done. Customer have stated that I should have been a store manager or work for corporate with my skills. When I first let them know it seem as if it could have happened for me because Andrew came to me in men shoes one day in December 2021 to talk and see if I can get promoted. He talk to me privately with excitement how they planned to get with me in January 2022 when inventory gets over with. When inventory got over with everything was not so exciting anymore I felt like I was completely forgotten. I would try to schedule to talk with Reagan about management but things would always come up. She's always is telling me can I talk another day and another day comes. At this point I felt like I was begging for a higher position and that's completely not healthy. One day I was coming back from lunch and she was leaving out of the employee door, I even asked her is it because I'm intersex trans or that I'm a mixed black girl what could it be possible? She stated no but it had to be something. I Even ask her do I have to have a degree to me in management? She told me no it looks good on paper and that there's managers in her possession that doesn't have a degree but I stated you, Andrew and Julie have y'all degree and I want to get in school to get my degree. I turned in my application on 1,14,22 and I let my shoe manager see my application before I turned it in and she told me it looks great. So let's say a week later both store mangers speak with me in Reagan office. Reagan brings up the other day what I brought to her attention that it bothered her when I ask those questions and she also stated that you are very brave to be who you are and strong. I told her I have to be and this is me. but something just did not feel right. She did ask me what did I want to do if there was another opportunity besides what I picked. I asked first is there another higher position I can take in shoes department since I've been there almost two years and she said there's not anything for shoes. She basically told me to thank about things and she doesn't think I'm ready for a management position. I'm thinking what? But I said okay Reagan. I felt discouraged because I knew I was driving. Sometime in the middle of February I talk to my managers again and this time it was not good energy from my store manager Reagan.she stating that I needed to determined to demonstrate more leadership ability and show them I could drive sales. When she stated this I was like what do you mean? because I'm doing amazing in men shoes and I'm very driving in my department with sales and having excellent customer service abilities. Reagan tells me with her ego. Its not about just having customer service abilities and men shoes is not a aimed department I can tell you that!!!! You will never get any where higher in that department. I was shocked when she said that and then she ask me have I ever fired someone from my previous job!?! I said yes two people and me personally I'm like that's not a good thing to just be firing people. I was very

disturbed by this. I told her look I did an amazing job at Chick-fil-A as a hospitality manager and I can do the job just like the other managers just can. But she insisted that I need to get out of men shoes to improve on  my job performance and suggested I look into selling specialist positions that I felt passionate about which is what both of them said and I was disappointed but I went with what they said. Reagan told me to go around and talk with all the managers in the different departments and see what specialist positions
Was open. When I find the specialist position that I feel comfortable in and let her know.
I  talked to my shoe manager about this and she thought I can take a roll and most of the other managers was like any one can get in to management. Especially since I already had experience as Men's clothing associate which was October 22, 2019 through August 1, 2020 I knew everything single thing on that men's floor including suits and the homes departments. Also to add working in men shoes, having experience in women shoes, having experienced in children's shoes. Just knowing everything about shoe's for almost two years. I would start coming in super early and it was approved by my shoe manger to go learn on Dillards grow and I wanted to Learn about vintage hand bags and I took the hand bag test and past getting my certification to sell them. I have proof of all this stuff.

In the file again, both statements of the store managers Are completely dishonesty.I did inform Store Manager Reagan Pommier in the second week or third week of march about a specialist position. I went In Reagans office just me and her, to talk about me requesting to transfer me in ladies Calvin Klein dresses, to becoming a specialist. Because I spoke with Manger (Karen Stoy) who manages over the second level department and I told her how interested I would like to work up here because I love the classy dresses and it looks peaceful. Manager (Karen Stoy) was amazed to talk to me and she was happy that I could join her team. She told me that Ladies Calvin Klein specialist will be available soon due to the associate relocating to another Dillards. I informed Manger (Karen Stoy) how I would enjoy to have that position and she definitely said she love to have me in. We had this  discussion in march and I informed Store manager Reagan Pommier about this.  Reagan told me it sounds like you have a plan. But was it really!!! Or for her to get me rid of me!!!!


Also look at shoe manger (Julie Stokes) statement. Shoe manger (Julie Stokes) stated
I offered her the opportunity to become a brand ambassador in women's shoes. I wanted to give her the opportunity to demonstrate leadership skills. OliviaCash did not accept the position offered. This statement is completely dishonestly from my shoe manger. I'm just so shocked, if I was offered ambassador position I would have definitely went for it!!!! I shack my head completely. I was told by Store Manager Reagan there was no other higher position for shoe.

In the file please read the 6 and 7 paragraph in store manager Andrew statements which is about the investigation that I don't believe was completed on the situation between me and Mr. Arnold. During this time In January 2022, my coworker Yolanda was out for two weeks from having surgery and I was at work in the back stock room working on stock and there are no cameras back there but this truly did happened to me. Mr. Arnold, a dock worker, came in the stock room while I was in there. I was wearing an appropriate dress. Arnold told me that I was not a woman

and he did not meet me like that. Arnold said i was a boy. I told Arnold was girl. He told me to lift up my dress and to prove it to him that I was a woman with all that ass I have. I was very uncomfortable and completely in shock. I'm literally am shacking with a box cutter in my hand. His immediate response was "what are you going to do about it?Tell them I sexually assaulted you. I was looking at him with pure disgust and when I stated don't you ever!!! he laughed and walked out of the stock room. No one will ever understand how effective that day was for me. I had to straighten up because a customer came in the area and needed help with men shoes. So me being Olivia I had to put on a front with a smile on my face as if the inside my soul was in pain. After I help my customers and wave him goodbye with kindness. My best friend Amber Perkins which work in Men's fragrance was bring some stock boxes down to drop of to the doc elevator which is by a hall way by men shoes. She seen me and said hey and she said girl you alright? I went to amber and I told her to meet me in the stock room. She came back there and said girl what's going on?and I told her every that happened. And she said I'm so sorry Olivia that he said that to you. I told her how disgusted I was and how I was so upset and i was so in shock I can't even cry. I'm so scared to tell the manager's what just happened and there not going to believe me. Amber said you going to have to tell them Olivia no matter what!!! I told amber I'm really scared because I'm a mix black intersex trans woman and I'm not trying to get murdered either. Black trans woman are getting killed every day over just minding there business and staying in there on space.

On the same day of the harassment. I told my other friend (Rachel) a shoe associate who had seen me. She ask,darling are you okay? You look like someone terrorize you. I told Rachel yes someone did and I told her everything in private that day. She said I'm so sorry darling and you have to but a stop to this because that's not right. She also said you going to have to let them know and don't be scared because that is very hurtful and wrong. I told her I don't know what I'm going to do, I'm scared and I ask God to help me with torturing fear. All this is true and these are the only loving ladies I can only trust. They kept checking on me making sure I was good. Phone calls every day and every evening. They both told to me to be strong a let management know. I would have talk to Andrew but he was honestly going through a lot his self and out during the time because his father was not doing well and his father passed in late January,28,22 and I cared. I know he told me from the very beginning when I started being Olivia that if anybody bothered me come to him but at that moment it just wasn't the right time and I eventually told my shoe manager Julie stokes about this in her office in march and about Ms. Yalonda Lane too. I was crying to Julie about this and I was very hurt and up set to my core. Every since I told My shoe boss julie about the harassment. That's when a rumor broke out about. Doc worker (Arnold green) touched me. That is completely false. This man has never touched me but kept harassing me.

Before the January harassment. Arnold green was caught and kept harassing me with my death name (Oscar). I kept telling Arnold I'm a woman and I'm Olivia now. The Man's Manger (Jennifer Gonzalez) walked by and told Arnold twice to stop calling me by my death name which is (Oscar)davarius cash. She was serious and she definitely warned him about that especially while a customer is in the area. Jennifer stated you call her by Olivia!!!! and you see she's a woman!!!!! stop calling her that name if she does not refer to it. She explained that he needs to use his pronouns correctly!!!

To continue Andrew did not do an investigation because I have two witnesses which are Amber and Rachel that both worked at Dillards that I was only ever close too. That will justify that they were not question about the incident with the harassment by Store Manager Andrew or any Managers. Which both of the ladies were there that same day when the harassment happen to me to me and I told them privately about it.

Arnold green is a complete pervert and should be locked up for what the pain and suffering he has caused in my life especially his actions. Dillards should honestly terminate him for good. This man knows what he said and he is completely guilty. You can't hide the truth and it will find you!!!!

To continue in Mrs lanes statement in the file is completely false. I don't have nothing really to say to her, I forgive you Yolanda Lane but the crime is worth the time that you committed on me and I want charges pressed on her. She is a complete opportunist and God I pray for her soul!!!!!! It was so wrong and spiteful how a person I could love like a mother would hurt me to my cure and crush it forever. The narcissistic lies you tried to but on my life and tried to ruin my work life to have everyone against me including store, managers and every one else. Just as I know it will all come out in the fire. The ugly things she have said in the file will show you the real person. If she care so much she would have never done the most wrongful thing you could do. She is a completely dishonest miserable human on earth with the worry of the world. For me with her statements about me is not real but it's a reflection of her self. Because she wanted Reagan fired and Andrew fired. I never wanted any of my managers to be fired when I'm trying to get in management for one she have aways stated how she can't stand them and that they are way to young to be in there positions and she states that Julie is not real and can't hold water. She told me that doc works wanted to sleep with her and that mr. Green came over to her home after they had lunch, and he unzipped his pants and showed his stuff and she told him to leave her home. It's a shame how she would be untrustworthy and start all of this drama because she was not happy with the fact I was trying to get completely away from her after I truly seen who she was. She tried to trapped me in men shoes to be miserable and have me in darkness. I wanted the light and to move away from the cold mountain. She always have talked bad about women in Dillards and will tell them exactly to there face how they look. Me I will always up left any person because I know how it feels to be truly feel like nothing. She has done that to me plenty of times. She caused my work life to be a deep depression and it was so bad she was apologizing for it because she was in pain with her self, her body and bad relationships with Men. I just really wanted to get in management to get away form her. She was draining me and take advantage of me. Most of the times she made me cry when it came to my transition and how my real mother was right about somethings. She caused me extremely emotional distress where I have lost a lot over her. God has brought me and my mother closer than ever. But I'm strong intersex trans woman with a heart of gold. The most kind person you will ever meet the person who will never hurt you or make you feel down. I don't think I'm better than anyone and I'm not the most beautiful person in the world but I have kindness like Cinderella that no one can ever take away.

Lastly I have proof about Mrs lane discriminating against me when I'm not around and how I found this out was through an associate who just started at Dillards when I was working. The associate is name is (Ronnie). she mostly works in urban wear. She is another witness to everything that has happened when I was leaving out of the shoe area. One day a customer over heard Ms. Yolanda stating my death name Oscar and discriminating and saying harsh things about me. The customer walk in the urban section to Ronnie and let her know how Mrs Yolanda was talking very harsh about me. Ronnie honestly told me everything and how every time I leave she's discriminating against me and Ronnie stated I think she has like a mental problem about you being Olivia. Ronnie stated Yalonda as being very judge mental, strange,jealous and how she envied me.

A. The discriminatory conduct at issue includes (*check all that apply*):

☐ Failure to hire

☑ Termination of employment

☑ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☑ Retaliation

☐ Other acts (*specify*): _____

*(ATTENTION:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: _____

☐ Plaintiff sought employment with Defendant on _____ or

☑ Was employed by Defendant from 12,8,20 until 4,11,22

C. The location where Plaintiff was employed or sought employment was:

Address: Dillard's STORE 242

5100 N 9th Ave,

City, State, and Zip Code: PENSACOLA, FL ,32504

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A.  Plaintiff filed charges against Defendant with the Equal Employment

Opportunity Commission or the Florida Commission on Human Rights

on: _EEOC_ ~~April 29, 2022~~ _5, 05, 2022_

B.  Respondent(s) named on the charging document were: _____

_____

*(If possible, attach a copy of the charges filed.)*

C.  The Equal Employment Opportunity Commission: *(check one)*

☐  Has not issued a Notice of Right to Sue letter.

☑  Issued a Notice of Right to Sue letter which I received on _11, 5, 2022_

**(Note: You must attach a copy of the Notice of Right to Sue letter**

**received from the Equal Employment Opportunity Commission to this**

**complaint.)**

D.  As claimed in the Equal Employment Opportunity Commission charging

document, Defendant discriminated against Plaintiff because of Plaintiff's:

☑  Gender/Sex *(please identify)* _TRANSGENDER WOMAN_

☐  Race *(please identify)* _____

☐  Color *(please identify)* _____

☐  Religion *(please identify)* _____

☐  National origin *(please identify)* _____

☐ Disability/Perceived Disability *(please identify)* N/A

☐ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* N/A

☐ Other *(please identify)* N/A

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation? ☐ Yes ☒ No

Explain: N/A

H. The facts as set forth above in Section III of this complaint:

    ☐ Are still being committed by Defendant against Plaintiff

    ☐ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

    ☐ Still works for Defendant

    ☑ No longer works for Defendant

    ☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts.  Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

_____

_____

_____

_____

_____

_____

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☐ Defendant be directed to _____

_____

☑ Plaintiff seeks costs and fees involved in litigating this case and such other

relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below
that to the best of my knowledge, information, and belief, this complaint: (1) is
not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported
by existing law or by a non-frivolous argument for extending, modifying, or
reversing existing law; (3) the factual contentions have evidentiary support or,
will likely have evidentiary support after a reasonable opportunity for further
investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 1/17/23 Plaintiff's Signature: *Olivia J Cash*

Printed Name of Plaintiff: DAVARIUS "Olivia" CASH

Address: 6986 Da Lisa Road

Milton, FL, 32583

E-Mail Address: dCashSO4@gmail.Com

Telephone Number: (850) 810-2825

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Birmingham District Office**
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 651-7033
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/03/2022

To: Olivia Cash
6986 Da Lisa Road
Milton, FL 32583

Charge No: 420-2022-01883

EEOC Representative and email:     Lashaunda Love
Investigator
lashaunda.love@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2022-01883.

On behalf of the Commission,

November 3, 2022

*for James C Love Sr*

Bradley Anderson
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 420-2022-01883 to the District Director at Bradley Anderson, 1130 22nd Street South Suite 2000

Birmingham, AL 35205.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Birmingham District Office**
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 651-7033
Website: www.eeoc.gov

## CLOSURE DOCUMENT ENCLOSED

Olivia Cash
Jon C Goldfarb
WIGGINS,CHILDS,PANTAZIS,FISHER,GOLDFARB ATTORNEYS
The Kress Building 301 19th Street North
Birmingham, AL 35203

Re:   Olivia Cash v. DILLARD DEPT STORE 242
       EEOC Charge Number: 420-2022-01883

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed document in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded that document from the portal. For your convenience, a copy of that document is enclosed with this letter.

I hope this information is helpful. If you have questions, please contact LASHAUNDA LOVE by telephone at (205) 651-7039 or email at LASHAUNDA.LOVE@EEOC.GOV.

Sincerely,

11/08/2022                         LASHAUNDA LOVE
                                   Equal Opportunity Investigator

Enclosure